[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 401.]

THE STATE EX REL. WILSON, APPELLANT, *v.* CITY OF ASHTABULA; INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Wilson v. Ashtabula*, 1998-Ohio-43.]

*Workers' compensation—Court of appeals' judgment reversed and State ex rel. Gay relief ordered.*

(No. 97-2570—Submitted August 19, 1998—Decided October 21, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 96APD10-1436.

————————————

*Green, Haines, Sgambati, Murphy & Macala Co., L.P.A., Ronald E. Slipski* and *Barry Laine*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Laurel Blum Mazorow*, Assistant Attorney General, for appellee.

————————————

{¶ 1} The judgment of the court of appeals is reversed. The cause is returned to the Industrial Commission for relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.

————————————